# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONICA LAPLANT, | ) |
| | ) Case No. 22-cv-976-SPM |
| Plaintiff, | ) |
| vs. | ) |
| VILLAGE OF CAHOKIA, ILLINOIS, CURTIS MCCALL JR., AND KEVIN WIGGINS, | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, Monica Laplant, by and through the undersigned counsel and pursuant to Fed. R. Civ.P.41(a)(1)(A)(i) stipulates to the voluntary dismissal with prejudice of the above-captioned action against the remaining Defendant, Village of Cahokia, Illinois.

*/s/Nicole Matlock*
Nicole Matlock, #66894MO
Sarah Jane Hunt, #06316235
Nicole Matlock, #66894MO
Kennedy Hunt P.C.
4500 West Pine Blvd.
St. Louis, MO 63108
(314) 474-5326 phone (314) 474-5331 fax
nmatlock@kennedyhuntlaw.com
sarahjane@kennedyhuntlaw.com

*Attorneys for Plaintiff*

*/s/Julie A. Bruch*
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Rd., Ste. 475
Northbrook, IL 60062
jbruch@okgc.com

*Attorneys for Defendants*