IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONICA LAPLANT,<br><br>        Plaintiff,<br><br>v.<br><br>VILLAGE OF CAHOKIA, ILLINOIS, CURTIS MCCALL, JR., AND KEVIN WIGGINS,<br><br>        Defendants. | Case No. 3:22-cv-00976-SPM |

## AMENDED JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation of Dismissal dated August 17, 2022, (Doc. 25), Plaintiff Monica LaPlant's claims against Defendants Curtis McCall, Jr., and Kevin Wiggins, were **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 24, 2022 (Doc. 27), Plaintiff Monica LaPlant's claims against Defendant Village of Cahokia, Illinois are **DISMISSED with prejudice** under Fedederal Rule of Civil Procedure 41(a)(1)(A)(ii).

    **DATED:**    August 31, 2022.

                                                                 MONICA STUMP,
                                                                 Clerk of Court

                                                                 By: **s/** *Jackie Muckensturm*
                                                                          Deputy Clerk

**APPROVED:** **s/** *Stephen P. McGlynn*
                       STEPHEN P. MCGLYNN
                       U.S. District Judge